NO. 12-03-00193-CR



IN THE COURT OF APPEALS
 


TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS


RAY MARTINEZ,
§
 APPEAL FROM THE 114TH

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


THE STATE OF TEXAS,

APPELLEE
§
 SMITH COUNTY, TEXAS

 

MEMORANDUM OPINION


PER CURIAM


 Appellant pleaded guilty to the offense of felony driving while intoxicated. The trial court
assessed punishment at imprisonment for ten years and a five thousand dollar fine. We have
received the trial court's certification showing that Appellant waived his right to appeal. See Tex.
R. App. P. 25.2(c)(3)(B). Accordingly, the appeal is dismissed for want of jurisdiction.

 Opinion delivered June 30, 2003.

 Panel consisted of Worthen, C.J. and Griffith, J.








(DO NOT PUBLISH)